**E-FILED**
Wednesday, 18 April, 2007  06:37:22 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) COURT NO.   03-40022-001 |
| v. | ) |
| | ) |
| JOHN DERRICK SMITH, | ) |
| | ) |
| Defendant. | ) |

## SATISFACTION OF MONETARY JUDGMENT

The Monetary Judgment in the above-entitled case has been paid in full, therefore

the Clerk of the United States District Court for the Central District of Illinois is authorized and

empowered to satisfy and cancel the Judgment of record.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE: April 18, 2007

s/Elizabeth L. Collins
By:    Elizabeth L. Collins, Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4580
E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **SATISFACTION OF JUDGMENT** has

this April 18, 2007, been mailed to the following individual(s) by depositing a copy thereof in

the United States mail, postage prepaid, addressed to:


John Derrick Smith
103 6th Avenue
Moline, IL 61265


s/Elizabeth L. Collins
By:    Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax:  217-492-4888 or 217-492-4580
E-Mail: Beth.Collins@usdoj.gov